## COUSINEAU vs. THE STATE.

APPEAL from the St. Louis Criminal Court.

This case comes within the principles decided in the case of Patrick Neales vs. The State of Missouri. The judgment is reversed.